UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITY OF TACOMA, WASHINGTON,<br><br>        Plaintiff,<br><br>        v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. Action No. 04-1226 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this ___ day of August 2005, hereby

**ORDERED** that defendant's motion [#6] is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge